Below is the Order of the Court.

_Paul B. Snyder_

Paul B. Snyder
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| In re: | **Case No. 13-47136** |
|---|---|
| Luis Anthony Ewing, | |
| Debtor. | |
| Luis anthony Ewing, | **Adversary No. 14-04040** |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED** |
| v. | |
| Federal National Mortgage Association, | |
| Defendant. | |

It appearing from the file that there has been no activity in this matter since February 24, 2014; accordingly, it is now

**ORDERED** that the plaintiff is required to appear on **August 5, 2014** at **9:00 a.m.** at the **United States Bankruptcy Court, Federal Building, 500 West 12th Street, Vancouver**, Washington, to show cause why this matter should not be dismissed for lack of prosecution.

A written response must be filed with the court no later than **July 29, 2014**, and attendance at the hearing is required. Failure to comply with this order will result in this case being dismissed with prejudice.

///End of Order///

ORDER TO SHOW CAUSE WHY THIS
MATTER SHOULD NOT BE DISMISSED - 2