Entered on Docket August 14, 2014

**Below is the Order of the Court.**

*Paul B. Snyder*
_____
**Paul B. Snyder**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>LUIS ANTHONY EWING,<br><br>            Debtor. | **Case No. 13-47136** |
| Luis Anthony Ewing,<br><br>            Plaintiff,<br><br>v.<br><br>Federal National Mortgage Association,<br><br>            Defendant. | **Adversary No. 14-04040**<br><br>**ORDER ON SHOW CAUSE AND ORDER OF DISMISSAL** |

A show cause hearing was held on August 5, 2014, as to why this matter should not be dismissed for lack of prosecution; it appearing that no party filed a response or appeared at the hearing, and no further action has been taken in this matter; it is hereby

**ORDERED** that the case is dismissed for lack of prosecution.

///End of Order///

ORDER ON SHOW CAUSE AND
ORDER OF DISMISSAL - 1